**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID CROFT, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 4:07cv143 |
| SOCRATIC LEARNING, INC., SIDNEY MICHAEL COLE, SUZANNE McELYEA and SRIDHAR IYER, | § § § § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

Before the court is David Croft, Sidney Michael Cole, and Sridhar Iyer's Joint Motion to Dismiss [Doc. #116], filed on September 3, 2014. On September 4, 2014, the United States filed a Notice of Consent to Joint Motion to Dismiss [Doc. #117], in which it notifies the court that the United States consents to dismissal of the Relator's complaint, without prejudice to the rights of the United States.

Accordingly, it is **ORDERED** that the Joint Motion to Dismiss [Doc. #116] is granted in part, and this case is dismissed without prejudice, with all parties to bear their own costs.

All relief not previously granted is **DENIED.**

The Clerk is directed to **CLOSE** this civil action.

So ordered and signed on

**Oct 11, 2014**

_____
Ron Clark, United States District Judge